THE HONORABLE JOHN C. COUGHENOUR

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9    JAMES ALLEN KINNEY,                          CASE NO. C13-0441-JCC

10                                                ORDER DENYING 28 U.S.C. § 2254
                        Petitioner,               HABEAS PETITION AND
11                                                DISMISSING MATTER WITH
            v.                                    PREJUDICE
12
     MACDUFFIE SETTER, et al.,
13
                        Respondents.
14

15          This matter comes before the Court on the Report and Recommendation of the Honorable

16   Brian A. Tsuchida, U.S. Magistrate Judge, to deny Petitioner James Allen Kinney's 28 U.S.C.

17   § 2254 petition for a writ of habeas corpus (Dkt. No. 7) and Kinney's objections thereto (Dkt.

18   No. 9). Having thoroughly Kinney's § 2254 petition, the Report and Recommendation, Kinney's

19   objections, and the balance of the record, the Court hereby DENIES Kinney's § 2254 petition for

20   the reasons explained herein.

21          Judge Tsuchida recommends denying Kinney's § 2254 petition and dismissing this action

22   with prejudice on three grounds: (1) the petition is untimely; (2) it alleges grounds for relief that

23   are unexhausted and procedurally barred; and (3) it alleges grounds that fail to state a claim upon

24   which relief may granted. The Court "shall make a de novo determination of those portions of

25   the report . . . to which objection is made." 28 U.S.C. § 636(b)(1). Kinney has filed an eight-page

26   "rebuttal" to the Report and Recommendation, along with exhibits purporting to show that his

ORDER DENYING 28 U.S.C. § 2254
PAGE - 1

1  signature on his guilty plea was forged. (Dkt. No. 9.) These filings do not constitute objections to

2  the Report and Recommendation. Rather, they either reiterate the arguments Kinney already

3  made in his § 2254 petition, raise new issues, or advance irrelevant or unintelligible arguments.

4  *See Thomas v. Arn*, 474 U.S. 140, 147–48 (1985); *Howard v. Sec'y of Health and Human Servs.*,

5  932 F.2d 505, 509 (6th Cir. 1991); *VanDiver v. Martin*, 304 F. Supp. 2d 934, 937–38 (E.D.

6  Mich. 2004); *Hau Minh Tran v. Frakes*, No. C11–0768–JCC, 2012 WL 1204637, at \*1 (W.D.

7  Wash. Apr. 10, 2012). Kinney's objections do not put the Court on notice of any potential errors

8  in the Report and Recommendation. The Court therefore finds and orders as follows:

9          1. The Report and Recommendation is ADOPTED;

10          2. Kinney's § 2254 habeas petition is DENIED and this matter is DISMISSED with

11  prejudice;

12          3. Kinney is DENIED issuance of a certificate of appealability;

13          4. Kinney's application to proceed *in forma pauperis* (Dkt. No. 6) is STRICKEN as

14  moot; and

15          5. The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

16          DATED this 29th day of May 2013.

17

18

19

20

21

22                                  John C. Coughenour

23                                  UNITED STATES DISTRICT JUDGE

24

25

26

PREJUDICE
PAGE - 2